UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER P. LEES,

       Petitioner,

   v.

CARLOS ARCE,

       Respondent.

Case No.  2:24-cv-3296-TLN-JDP (P)

ORDER

On August 26, 2025, I recommended this section 2254 action be dismissed for failure to prosecute, after petitioner failed to address respondent's motion to dismiss.  ECF No. 16. Petitioner did not file objections to those recommendations, and, on September 29, 2025, the district judge adopted them.  ECF No. 17.  Approximately a month later, after the case was closed, petitioner filed a motion for evidentiary hearing.  ECF No. 19.  That motion is denied. The case is now closed; moreover, the motion does not address my show cause order insofar as it does not, in any intelligible way, address respondent's motion to dismiss.

Accordingly, it is ORDERED that petitioner's motion for evidentiary hearing, ECF No. 19, is DENIED.

IT IS SO ORDERED.

Dated:    May 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE